THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SOUND RETIREMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>WIITAMAKI JEWELRY STORE, INC., UBI No. 141006906, and MICHAEL GIRON, a Washington Resident, jointly and severally,<br><br>Defendants. | NO. 2:19-cv-01433-RSM<br><br>ORDER GRANTING MOTION TO DISMISS DEFENDANT MICHAEL GIRON WITHOUT PREJUDICE |

It is hereby ordered and adjudged that Defendant Michael Giron is dismissed without prejudice and without costs or attorney fees to any parties.

DATED this 3 day of December 2019.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER TO DISMISS DEFENDANT - 1
Cause No. 2:19-cv-01433-RSM

McKENZIE ROTHWELL BARLOW & COUGHRAN, P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

4200 704 uk181202

1

2  Respectfully submitted by:

3  */s/  Douglas M. Lash*
   Douglas M. Lash, WSBA #48531
4  McKENZIE ROTHWELL BARLOW
     & COUGHRAN, P.S.
5  Attorneys for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER TO DISMISS DEFENDANT - 2
Cause No. 2:19-cv-01433-RSM

McKENZIE ROTHWELL BARLOW &
COUGHRAN, P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

4200 704 uk181202