UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SOUND RETIREMENT TRUST, <br><br> Plaintiff, <br><br> v. <br><br> WIITAMAKI JEWELRY STORE, INC., UBI No. 141006906, <br><br> Defendant. | NO. C19-1433 RSM <br><br><br> ORDER OF DEFAULT JUDGMENT |

Wiitamaki Jewelry Store, Inc. ("Wiitamaki"), defendant herein, having been served with Summons and Complaint via legal process server on December 4, 2019; the defendant having failed to plead or to otherwise defend said action, the legal time for pleading or otherwise defending having expired and default of the defendant having been duly entered according to law, upon the application of plaintiffs, judgment is hereby entered against said Wiitamaki pursuant to the prayer of plaintiff's complaint.

THEREFORE, IT IS HEREBY ORDERED that plaintiff Board of Trustees of the Sound Retirement Trust have a judgment for the withdrawal liability assessment, liquidated damages, interest, and attorney fees and costs to recover from Wiitamaki, a total

ORDER OF DEFAULT JUDGMENT - 1
Cause No. 2:19-cv-01433-RSM

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

4200 704 va271203

amount of $230,996.90 comprised of: $183,337.50 in withdrawal liability, $36,667.50 in liquidated damages, $8,659.40 in interest, $1,738.50 in attorney fees and $594.00 in costs.

Post-judgment interest shall accrue at the highest allowable interest rate per annum from date of entry of default judgment, until paid.

DATED this 31st day of January 2020.

/s/ Ricardo S. Martinez
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

  *s/ Douglas M. Lash*
Douglas M. Lash  WSBA No. 48531
BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 Fourth Avenue, Suite 910
Seattle, WA  98101
Telephone: (206) 224-9900
Email: douglasl@bcmjlaw.com
Attorney for Plaintiff

ORDER OF DEFAULT JUDGMENT - 2
Cause No. 2:19-cv-01433-RSM

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

4200 704 va271203